

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2019

No. 04-19-00833-CV

**IN RE** Christopher **BURDICK**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

On November 25, 2019, relator filed a petition for writ of mandamus and a motion for emergency temporary relief pending final resolution of the petition for writ of mandamus.

Relator's request for temporary emergency relief is GRANTED. The trial court's November 15, 2019 letter ruling compelling the production of certain text messages is STAYED pending final resolution of the petition for writ of mandamus.

Relator is hereby ORDERED to file with this court **no later than December 6, 2019**, the same "notebook containing voluminous (unknown number of pages) of text messages and pictures contained therein (the pages are not bates-marked)" that was tendered for in camera review to the trial court. However, relator is further ORDERED to bate-stamp each page of the documents and include an index of the individual text messages with the appropriate bate-stamped page number. The Clerk of this court is directed to maintain the documents and the index under seal.

It is so **ORDERED** on November 27, 2019.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-00691, styled *In the Interest of A.A.B. and C.C.B., Minor Children*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.